IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DENNIS HENDERSON,**<br>         Plaintiff,<br><br>     v.<br><br>**EDENS CORP.,**<br>         Defendant. | **CIVIL ACTION**<br><br><br><br>**NO. 09-1308** |

# O R D E R

**AND NOW**, this 11th day of December, 2014, after consideration of defendant Edens Corporation's ("Edens") Motion for a More Definite Statement (ECF 17) and various motions filed by plaintiff Dennis Henderson ("Henderson") (ECF 11, 12, 21, and 23), it is hereby **ORDERED** that:

1. Henderson's August 14, 2014 motions for default judgment (ECF 11 and 12) are **DENIED**;

2. Henderson's October 1, 2014 motion (ECF 21) is **DENIED** without prejudice;

3. Henderson's November 12, 2014 motion (ECF 23) to take this case out of suspense is **DENIED** at this time;

4. Edens' Motion for a More Definite Statement (ECF 17) is **GRANTED**; and

1

5. Henderson is **ORDERED** to file, within sixty (60) days of the issuance of this Order, an amended complaint that sets forth (1) any and all factual allegations that give rise to his claims against Edens and (2) the legal rights that Henderson believes Edens violated that form the basis for his lawsuit.

**BY THE COURT:**

**/s/ Michael M. Baylson**
_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 09\09-1308 henderson v. edens\09cv1308.order.12.11.2014.docx