IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DENNIS HENDERSON,**<br>      Plaintiff,<br><br>      v.<br><br>**EDENS CORPORATION,**<br>      Defendant. | **CIVIL ACTION**<br><br><br><br>**NO. 09-1308** |

**O R D E R**

**AND NOW**, this 20th day of August, 2015, after careful consideration of Defendant Edens Corporation's Motion to Dismiss (ECF 32) and Plaintiff Dennis Henderson's Responses in Opposition, Amended Complaint, More Definite Statement, and Exhibits (ECF 26, 27, 27-1, 33, 37), and for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that Defendant's Motion to Dismiss (ECF 32) is **GRANTED** and Plaintiff's complaint is **DISMISSED** in its entirety, with prejudice, for failure to state a claim upon which relief can be granted. The Clerk shall take this case out of suspense and close this case.

BY THE COURT:

/s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 09\09-1308 henderson v. edens\09cv1308.Order.MTD.2015.08.19.docx